UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALFREDO JOSE ESPINALES PENA,

    Petitioner,

v.      Case No. 3:21-cv-896-MMH-MCR

MERRICK B. GARLAND, et al.,

    Respondents.
_____

### ORDER

In light of Respondents' Notice of Removal (Doc. 5) advising that Petitioner was removed from the United States on December 2, 2021, it is

**ORDERED:**

1. The Petition (Doc. 1) is **DISMISSED as moot.**

2. The **Clerk** shall enter judgment dismissing this case as moot, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of January, 2022.

*[Signature: Marcia Morales Howard]*
MARCIA MORALES HOWARD
United States District Judge

caw 12/30
c:
Alfredo Jose Espinales Pena, #A-028850794
Counsel of Record